**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALFREDO CARMONA LEYVA, | No. 4:26-CV-01986 |
| Petitioner, | (Chief Judge Brann) |
| v. | (Magistrate Judge Camoni) |
| JESSICA SAGE, *et al.*, | |
| Respondents. | |

**ORDER**

**AUGUST 14, 2026**

Alfredo Carmona Leyva, a detainee of the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this 28 U.S.C. § 2241 petition seeking his release from federal custody.[1] On August 6, 2026, Magistrate Judge Sean A. Camoni issued a Report and Recommendation recommending that this Court grant Carmona Leyva's petition, as he has been detained in excess of six months and there is no significant likelihood of Carmona Leyva's removal in the reasonably foreseeable future.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely

---

[1] Doc. 1.

[2] Doc. 7.

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Camoni's conclusion that Carmona Leyva is entitled to release at this time. Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Sean A. Camoni's Report and Recommendation (Doc. 7) is **ADOPTED**;
2. Carmona Leyva's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
3. The Government **SHALL** release Carmona Leyva from custody within 48 hours of the date of this Order;
4. Respondents **SHALL** file a certification with the Court on or before Monday, August 17, 2026, confirming that Carmona Leyva has been released from custody; and
5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.